**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MARIANN N. ETTORRE | : No. 159 MM 2018 |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| F. DAVID ETTORRE | : |
| | : |
| | : |
| PETITION OF: ELAINE KENO | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the "Amended Petition for Leave to Appeal *Nunc Pro Tunc*" is DENIED.